**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES HUNT,** : | |
|     **Plaintiff** : | |
| : | No. 1:18-cv-0116 |
| **v.** : | |
| : | (Judge Kane) |
| **JASON SEEBA, et al.,** : | (Chief Magistrate Judge Schwab) |
|     **Defendants** : | |

# ORDER

**AND NOW**, on this 30th day of August 2018, upon notice that the parties have reached settlement of the above-captioned action (Doc. No. 25), **IT IS ORDERED THAT** this action is dismissed without costs and without prejudice, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated. The Clerk of Court is directed to **CLOSE** the case.

                                               s/ Yvette Kane
                                               Yvette Kane, District Judge
                                               United States District Court
                                               Middle District of Pennsylvania